11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Charles Clay Warner,                    * Original Mandamus Proceeding

No. 11-13-00018-CV                            * February 7, 2013

                                             * (Panel consists of: Wright, C.J.,
                                               McCall, J., and Willson, J.)

This court has considered relator's pro se petition for writ of mandamus and concludes that the petition should be denied.   Therefore, the petition for writ of mandamus is denied.